WARD *et al. v.* WILLIAMS *et al.*

EVANS, P. J. All the assignments of error raise the single question whether the verdict finds support in the evidence. Although conflicting, the evidence was sufficient to warrant the verdict, and the judgment denying a new trial is     *Affirmed. All the Justices concur.*

Argued February 12,—Decided July 21, 1908.

Equitable petition. Before Judge Littlejohn. Sumter superior court. February 9, 1907.

*James Taylor,* for plaintiffs in error. *W. P. Wallis,* contra.